JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 1945

E. S. ORIGINALS, INC.,

      Plaintiff,

-v-

TOTES ISOTONER CORPORATION,

      Defendant.

Civil Action No.

RECEIVED FEB 27 2008

PLAINTIFF'S S.D.N.Y. CIV. P. 7.1
DISCLOSURE STATEMENT

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned hereby certifies that Plaintiff E. S. ORIGINALS, INC. ("ESO") does not have a parent corporation, and that no publicly held corporation owns 10% or more of ESO's stock.

    Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statement is true and correct.

Respectfully submitted,

_____
Jeffery J. Wald

Dated: February 27, 2008

99988/3653
02/26/08 5197047.1