UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

E.S. ORIGINALS, INC.,

                  Plaintiff,

    - against -

TOTES ISOTONER CORPORATION,

                Defendant.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

Civ. Action No. 08 CV 1945 (PKL)

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and between the undersigned counsel for the parties, as follows:

(1)    The time for defendant totes Isotoner Corporation to move against or answer the complaint is extended from April 4, 2008 until, and including, April 18, 2008.

(2)    This Stipulation and Order may be executed in counterparts, each of which when executed and delivered, shall be deemed an original and all of which, when taken together, shall constitute one and the same instrument. This Stipulation may be executed by facsimile and/or scanned signatures.

Dated: New York, New York
        March 17, 2008

LOWENSTEIN SANDLER P.C.                    COHEN & GRESSER LLP

By: _____            By: _____
    Jeffrey J. Wild                            Mark S. Cohen (mcohen@cohengresser.com)
    Jameson Van Eck                            Daniel H. Tabak (dtabak@cohengresser.com)
    65 Livingston Avenue                       Oliver Haker (ohaker@cohengresser.com)
    Roseland, New Jersey 07068                 100 Park Avenue, 23rd Floor
    Telephone: 973-597-2554                    New York, New York 10017
                                               Telephone: (212) 957-7600

*Attorneys for Plaintiff E.S. Originals, Inc.*

                                           *Attorneys for Defendant totes Isotoner Corporation*

IT IS SO ORDERED:
Dated: March 24, 2008

_____
Hon. Peter K. Leisure