UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              :

E. S. ORIGINALS INC.,                :    **ECF CASE**

                Plaintiff,                   :    Civil Action No. 08 CV 1945 (PKL)

              - v -                               :    **RULE 7.1 STATEMENT**

TOTES ISOTONER CORPORATION,  :

                Defendant.              :

------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for totes Isotoner Corporation (a private non-governmental party) certifies that totes Isotoner Corporation has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York            Respectfully Submitted,
       April 18, 2008

                                    **COHEN & GRESSER LLP**

                          By:       _____/s/_____
                                 Mark S. Cohen (mcohen@cohengresser.com)
                                 Daniel H. Tabak (dtabak@cohengresser.com)
                                 Oliver Haker (ohaker@cohengresser.com)
                                 100 Park Avenue, 23rd Floor
                                 New York, New York 10017
                                 Telephone:  (212) 957-7600

                          *Attorneys for Defendant totes Isotoner Corporation*