UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

---

E. S. ORIGINALS, INC.,

        Plaintiff,

-v-

TOTES ISOTONER CORPORATION,

        Defendant.

Civil Action No. 08-CV-1945 (PKL)

**STIPULATION AND ORDER**

---

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

1. Plaintiff E.S. Originals, Inc. will file and serve its opposition brief to Defendant totes Isotoner Corporation's Motion to Dismiss the Complaint, or in the Alternative, to Stay the Action Pending Arbitration (the "Motion") on or before June 20, 2008;

2. Defendant totes Isotoner Corporation will file its reply brief in further support of the Motion on or before July 18, 2008.

Dated: May 28, 2008

**LOWENSTEIN SANDLER PC**

By: _____
Jeffrey J. Wild, Esq.

1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402

*Attorneys for Plaintiff*

**COHEN & GRESSER LLP**

By: _____
Daniel H. Tabak, Esq.

100 Park Avenue, 23rd Floor
New York, New York 10017
Tel: 212.957.7600
Fax: 212.957.4514

*Attorneys for Defendant*

SO ORDERED this **30th** day of **May** 2008.

_____
HON. PETER K. LEISURE
U.S.D.J.