UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
E. S. ORIGINALS INC.,

                Plaintiff,

     - v -

TOTES ISOTONER CORPORATION,

                Defendant.
---------------------------------------------------------------- x

Index No. 08-1945 (PLK)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

To: Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned appears as counsel in this case for Defendant totes Isotoner Corporation.

    I certify that I am admitted to practice in this court and hereby request that all notices, pleadings and other documents served or filed in this case be served upon:

Oliver Haker
ohaker@cohengresser.com
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
Phone: (212) 957-7600
Fax: (212) 957-4514

DATED: June 20, 2008

                                                           _____s/_____
                                                            Oliver Haker
                                                             ohaker@cohengresser.com
                                                             Cohen & Gresser LLP
                                                             100 Park Avenue, 23rd Floor
                                                             New York, NY 10017
                                                             Phone: (212) 957-7600
                                                             Fax: (212) 957-4514

                                                            *Attorneys for Defendant Totes Isotoner Corporation*