UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
E. S. ORIGINALS INC.,

                Plaintiff,

        - v -

TOTES ISOTONER CORPORATION,

                Defendant.
------------------------------------------------------------------ x

Index No. 08-1945 (PLK)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

To: Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned appears as counsel in this case for Defendant totes Isotoner Corporation.

      I certify that I am admitted to practice in this court and hereby request that all notices, pleadings and other documents served or filed in this case be served upon:

Daniel H. Tabak
dtabak@cohengresser.com
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
Phone: (212) 957-7600
Fax: (212) 957-4514

DATED: June 20, 2008

                                                             _____s/_____
                                                            Daniel Tabak
                                                            dtabak@cohengresser.com
                                                            Cohen & Gresser LLP
                                                            100 Park Avenue, 23rd Floor
                                                            New York, NY 10017
                                                            Phone: (212) 957-7600
                                                            Fax: (212) 957-4514

                                                            *Attorneys for Defendant Totes Isotoner Corporation*