**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. S. ORIGINALS, INC., | |
| Plaintiff, | Civil Action No. 08-CV-1945 (PKL) |
| -v- | **CERTIFICATE OF SERVICE** |
| TOTES ISOTONER CORPORATION, | **ECF Case** |
| Defendant. | |

       I hereby certify that on June 20, 2008, I caused a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss or Stay and this Certification of Service to be served on all counsel of record via the Court's ECF system.

       I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

By: s/ Steven M. Hecht
     Steven M. Hecht (SH-0414)

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, New York 10020
Tel: 212.262.6700
Fax: 212.262.7402
*Attorneys for Plaintiff E.S. Originals, Inc.*